Sevin Albany

v.

Turkish Airlines

16-40141 DHH

## Refund from Turkish Airlines

I have setup a situation in court in regards to a problem that occured 9 months ago with Turkish Airlines.

My problem is that I bought flight tickets for my family of five including me from Turkish Airlines and we did not arrive at our planned destination. When we were at the airport they checked all of our passports and approved them for our flight. We purshaced the tickets and we left from Boston in January and our planned destination was Kuwait City. We made it through the entire trip and when we arrived at Kuwait City we went to the Immagration Center for a visa to enter the country. The people at the Immigration center informed us that 2 of our kids could not enter the country because their passports expired before 6 moths. They questioned why Turkish Airlines didn't inform us about this in the first place. Our children were crying because they were tired they had no rest. We got deported back to Boston the same day with no rest, no time to get everything together, and no time to eat. We are extremley dissapointed with Turkish Airline servises. We have been trying to contact them for 9 months and they would hang up the phone in such a careless manner, they would send in proper responses to my emails. I'm struggling with money as it is and this incomplete flight was a waiste. Our children missed school for this and it stressed them out causing them to sleep in class. I would just like to get this over with.

thank you for your time and energy.

Best regards,

*[signature]*

Sami Al-lamy

10/6/16